IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



KING                                                    PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:05cv109 DCB-JMR

SAVATIEL                      .                         DEFENDANT

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case,

and the Court being desirous that this matter be finally closed on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as

to all parties. If any party fails to consummate this settlement within (20) days , any aggrieved party

may reopen the case for enforcement of the settlement agreement within ten days, and if successful ,

all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or

parties against the party failing to consummate the agreement, The Court specifically retains

jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 3RD  day of July , 2007.

_____
UNITED STATES MAGISTRATE JUDGE